IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **PHILLIP J. D. ALTON** <br> [DOB: 12/29/1971], <br><br> Defendant. | No. 23-3031-01-CR-S-MDH <br><br> 18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D) <br> NMT 5 Years Imprisonment <br> NMT $250,000 Fine <br> NMT 3 Years Supervised Release <br> Class D Felony <br><br> $100 Special Assessment per each felony count of conviction |

# I N D I C T M E N T

**THE GRAND JURY CHARGES THAT**:

On or about December 2, 2022, in Taney County, in the Western District of Missouri, the defendant, **PHILLIP J. D. ALTON**, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**A TRUE BILL**

*/s/ Clint Strong*
FOREPERSON OF THE GRAND JURY

*/s/ Casey Clark*
Casey Clark
Assistant United States Attorney

DATED: *4/11/2023*
Springfield, Missouri