# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN/SOUTHWESTERN DIVISION

In Re: Criminal Trial Docket
　　　June 5, 2023

## ORDER

　　Pursuant to the directions of the Honorable Douglas Harpool, United States District Judge, the following criminal actions are set for pretrial conferences before United States Magistrate David P. Rush, May 10, 2023, at the times shown below. The attorneys, including defense and government counsel who will try the case, shall attend the pretrial conference. **Prior to the conference, trial counsel for the United States and trial counsel for the defendant are to meet personally and discuss potential plea agreements. <u>Final plea agreements are to be signed prior to the conference or be ready for signature at the conference</u>.** Each defendant is to be present unless, in advance of the conference, counsel advises the Court that a plea bargain has been signed or the case simply needs to be set for trial. Attorneys are instructed to be prepared to make such announcements as may be necessary in order that these cases may be tried or other disposition made. Each of these cases, unless given a special setting, is set for trial on the joint criminal jury trial docket, with all the available Judges of the Court sitting, commencing June 5, 2023.

　　All pretrial conferences will be held in the U. S. Magistrate's Courtroom, United States Courthouse, 222 N. John Q. Hammons Parkway, Springfield, Missouri.

　　Regarding motions for continuance and possible changes of plea, it is

　　ORDERED that any defendant who intends to file a motion to continue the trial of his or her case until the next joint docket, which is July 17, 2023, shall file such motion in a timely fashion. **A motion for continuance which is filed after the Friday prior to the scheduled pretrial conference shall be considered untimely.** A motion not timely filed will be summarily

denied.

Likewise, absent a showing of very exceptional circumstances, a timely filed motion seeking a continuance of a criminal action will be summarily denied. Counsel for the moving defendant or plaintiff shall state in the motion whether or not the plaintiff and co-defendants have any objection to the continuance of the action. It is further

ORDERED that counsel for a defendant whose case who wishes to plead guilty, shall immediately call the chambers of the Honorable David P. Rush to schedule the change of plea. If the parties consent, the plea will be scheduled before the United States Magistrate Judge; otherwise, before the United States District Judge to which it is assigned.

<u>Before Magistrate Judge David P. Rush</u>

**<u>May 10, 2023 @ 9:30 a.m.</u>**

| | | | |
|---|---|---|---|
| 21-03107-CR-S-BP | | United States | Jim Kelleher |
| | | v. | |
| -01 | | Richard Schonert | Erica Mynarich |
| | | | |
| 22-03143-CR-S-BCW | | United States | Patrick Carney |
| | | v. | |
| -01 | | Kyle B. Whitmore | James Hayes |
| | | | |
| 22-05021-CR-SW-BCW | | United States | Jessica Eatmon |
| | | v. | |
| -01 | | Amanda Cisneros | James Hayes |
| -02 | | Derek L. Reeves | Gary Wilson |

| Case Number | Party | Attorney |
|---|---|---|
| 22-03025-CR-S-BP | United States | Jessica Eatmon |
| | v. | |
| -01 | Joshua A. Ramirez | Josh Roberts |
| 22-05029-CR-SW-MDH | United States | Jessica Eatmon |
| | v. | |
| -01 | Gabriel Eric Robinson | Steven Berry |
| 22-03097-CR-S-BCW | United States | Jim Kelleher |
| | v. | |
| -01 | Walter Tyndal | Steven Berry |
| 22-03121-CR-S-MDH | United States | Jim Kelleher |
| | v. | |
| -01 | Arthur Dale Masten | Megan Chalifoux |
| 21-05028-CR-SW-MDH | United States | Jessica Eatmon |
| | v. | |
| -01 | Denise Eloisa Bravo | Megan Chalifoux |
| 22-05030-CR-SW-MDH | United States | Cameron Beaver |
| | v. | |
| -01 | Shaeffer Bland Johnson | Steven Berry |

| | | | |
|---|---|---|---|
| 22-03130-CR-S-SRB | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Craig L. Johnson | Steven Berry |
| | | | |
| 22-05026-CR-SW-RK | | United States | Jessica Eatmon |
| | | v. | |
| | -01 | Justin T. Lapping | Gary Wilson |
| | | | |
| 22-05025-CR-SW-SRB | | United States | Jessica Eatmon |
| | | v. | |
| | -01 | Jamie L. Walls | Megan McCullough |
| | -02 | Jason Apperson | Scott Hamblin |
| | -04 | Dawn M. Killebrew | Alison Hershewe |
| | | | |
| 22-05035-CR-SW-SRB | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Amber Waterman | Paul Duchscherer |
| | -02 | Jamie Waterman | Shane Cantin |
| | | | |
| 21-03134-CR-S-MDH | | United States | Cameron Beaver |
| | | v. | |
| | -01 | Jimmy Clyde Timberlake | Austin Knoblock |

| | | |
|---|---|---|
| 22-05011-CR-SW-RK | United States | Jessica Eatmon |
| | v. | |
| -01 | Trenton D. Wallace | Austin Knoblock |
| | | |
| 22-05027-CR-SW-SRB | United States | Tony Brown |
| | v. | |
| -01 | Jacob Williams | Brady Wimer |
| | | |
| 22-03071-CR-S-MDH | United States | Cameron Beaver |
| | v. | |
| -01 | Michael E. Hunt, Jr. | Austin Knoblock |
| | | |
| 22-03098-CR-S-MDH | United States | Stephanie Wan |
| | v. | |
| -01 | Robert Vaughan Gay | Megan Chalifoux |
| | | |
| 22-05013-CR-SW-BCW | United States | Cameron Beaver |
| | v. | |
| -01 | Stephen Gauntt | Scott Pierson |
| | | |
| 22-03053-CR-S-MDH | United States | Cameron Beaver |
| | v. | |
| -01 | Yevgen Raileanu | Stacie Bilyeu |

| Case | Party | | Attorney |
|---|---|---|---|
| 22-03055-CR-S-BP | United States | | Cameron Beaver |
| | v. | | |
| -01 | Kerri Michele Lawson | | Joe Passanise |
| 22-03139-CR-S-RK | United States | | Cameron Beaver |
| | v. | | |
| -01 | Jiar K. Young | | Jason Coatney |
| -02 | Kristin J. Lovelady | | Kristin Jones |
| 22-03119-CR-S-MDH | United States | | Jim Kelleher |
| | v. | | |
| -01 | Leigh Johnson | | Stuart Huffman |
| 20-03011-CR-S-SRB | United States | | Casey Clark |
| | v. | | |
| -03 | Kimberly G. Hoffer | | Joe Passanise |
| 21-03157-CR-S-MDH | United States | | Ami Miller |
| | v. | | |
| -01 | Robert E. Sapp | | Shane Cantin |
| 19-03159-CR-S-RK | United States | | Byron Black |
| | v. | | |
| -04 | Danjuona Wiggins | | Chad Gardner |
| -05 | Untavious C. Davenport | | Katrina Robertson |

| | | |
|---|---|---|
| 22-03054-CR-S-SRB | United States | Tony Brown |
| | v. | |
| -01 | Christopher Kelley | Brian Risley |
| | | |
| 22-03062-CR-S-RK | United States | Stephanie Wan |
| | v. | |
| -01 | Jason T. Bernard | Erica Mynarich |
| | | |
| 22-03112-CR-S-MDH | United States | Cameron Beaver |
| | v. | |
| -01 | Hilton Livings | Brian Risley |
| | | |
| 19-05050-CR-SW-MDH | United States | Cameron Beaver |
| | v. | |
| -01 | William E. Palma | Don Cooley |
| | | |
| 21-03108-CR-S-BCW | United States | Jim Kelleher |
| | v. | |
| -01 | Billy Puckett | Ian Lewis |
| | | |
| 22-03056-CR-S-BCW | United States | Jim Kelleher |
| | v. | |
| -01 | Derek Wells | Paul Duchscherer |

| | | | |
|---|---|---|---|
| 22-03095-CR-S-MDH | | United States | Patrick Carney |
| | | v. | |
| | -01 | Michael Faubus | Paul Duchscherer |
| | | | |
| 22-05028-CR-MDH | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Robert Riggs | Branden Twibell |
| | | | |
| 22-03006-CR-S-MDH | | United States | Stephanie Wan |
| | | v. | |
| | -01 | Justin Michael Jackman | Erica Mynarich |
| | | | |
| 22-03122-CR-S-RK | | United States | Jessica Eatmon |
| | | v. | |
| | -01 | Whitney R. Weiherer | Agi Prevendarscik |
| | | | |
| 21-03109-CR-S-MDH | | United States | Cameron Beaver |
| | | v. | |
| | -01 | James Ellis Frye, II | Richard Bender |
| | | | |
| 22-03081-CR-S-MDH | | United States | Stephanie Wan |
| | | v. | |
| | -01 | Richard Neal Wright | Mark Hammer |

| | | | |
|---|---|---|---|
| 22-03131-CR-S-BP | | United States | Patrick Carney |
| | | v. | |
| | -01 | David L. Carter | Mark Hammer |

| | | | |
|---|---|---|---|
| 23-05013-CR-SW-SRB | | United States | Cameron Beaver |
| | | v. | |
| | -01 | Cody Goucher | Megan Chalifoux |

| | | | |
|---|---|---|---|
| 23-03031-CR-S-MDH | | United States | Casey Clark |
| | | v. | |
| | -01 | Phillip Alton | Branden Twibell |

| | | | |
|---|---|---|---|
| 20-03041-CR-S-MDH | | United States | Jessica Eatmon |
| | | v. | |
| | -03 | Cynthia D. Goodrich | Penny Speake |
| | -05 | April D. White | Peter Bender |

| | | | |
|---|---|---|---|
| 23-03027CR-S-BP | | United States | Cameron Beaver |
| | | v. | |
| | -01 | Adam Leslie Moore | Kristin Jones |

| | | | |
|---|---|---|---|
| 23-03036-CR-S-SRB | | United States | Stephanie Wan |
| | | v. | |
| | -01 | Travis S. Miles, Jr. | Brian Risley |

/s/ David P. Rush
DAVID P. RUSH
UNITED STATES CHIEF MAGISTRATE JUDGE

Date: April 19, 2023