IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 23-3031-01-CR-S-MDH |
| | ) | |
| PHILLIP J. D. ALTON, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR CONTINUANCE

Comes now counsel for Defendant and moves for continuance of the pre-trial conference and trial setting in the above-captioned case and in support of this motion, states the following:

1. Defendant was arraigned on April 13, 2023.

2. Counsel requires additional time to review and discuss discovery with Defendant, adequately investigate the facts and witnesses involved in this case, and research any relevant issues, including potentially new legal issues.

3. This continuance is not sought for purpose of dilatory delay, but is sought to ensure Defendant is afforded due process of law.

4. Additionally, counsel for the Plaintiff does not object to this motion.

WHEREFORE, Defendant respectfully requests the pretrial conference be continued and that the trial setting of this matter be continued to the February trial docket, or such other time as the Court orders.

Respectfully submitted,

*/s/ Branden Twibell*

Branden Twibell
*Attorney for Defendant*
901 E. St. Louis St.
Suite 1600
Springfield, MO 65806
(417) 862-1741
(Fax) 862-4044
Branden@TwibellPierson.com
www.TwibellPierson.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September, 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the Assistant United States Attorney, Springfield, Missouri, and all other counsel of record.

*/s/ Branden Twibell*

Branden Twibell
*Attorney for Defendant*