# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN/SOUTHWESTERN DIVISION

In Re: Criminal Trial Docket
     February 12, 2024

## ORDER

Pursuant to the directions of the Honorable Douglas Harpool, United States District Judge, the following criminal actions are set for pretrial conferences before United States Magistrate David P. Rush, January 17, 2024, at the times shown below. The attorneys, including defense and government counsel who will try the case, shall attend the pretrial conference. **Prior to the conference, trial counsel for the United States and trial counsel for the defendant are to meet personally and discuss potential plea agreements.** <u>**Final plea agreements are to be signed prior to the conference or be ready for signature at the conference**</u>**.** Each defendant is to be present unless, in advance of the conference, counsel advises the Court that a plea bargain has been signed or the case simply needs to be set for trial. Attorneys are instructed to be prepared to make such announcements as may be necessary in order that these cases may be tried or other disposition made. Each of these cases, unless given a special setting, is set for trial on the joint criminal jury trial docket, with all the available Judges of the Court sitting, commencing February 12, 2024.

All pretrial conferences will be held in the U. S. Magistrate's Courtroom, United States Courthouse, 222 N. John Q. Hammons Parkway, Springfield, Missouri.

Regarding motions for continuance and possible changes of plea, it is

ORDERED that any defendant who intends to file a motion to continue the trial of his or her case until the next joint docket, which is March 18, 2024 shall file such motion in a timely fashion. **A motion for continuance which is filed after the Friday prior to the scheduled**

**pretrial conference shall be considered untimely.** A motion not timely filed will be summarily denied.

Likewise, absent a showing of very exceptional circumstances, a timely filed motion seeking a continuance of a criminal action will be summarily denied. Counsel for the moving defendant or plaintiff shall state in the motion whether or not the plaintiff and co-defendants have any objection to the continuance of the action. It is further

ORDERED that counsel for a defendant whose case who wishes to plead guilty, shall immediately call the chambers of the Honorable David P. Rush to schedule the change of plea. If the parties consent, the plea will be scheduled before the United States Magistrate Judge; otherwise, before the United States District Judge to which it is assigned.

<u>Before Magistrate Judge David P. Rush</u>

**<u>January 17, 2024 @ 9:30 a.m.</u>**

| | | |
|---|---|---|
| 20-03113-CR-S-SRB | United States | Ami Miller |
| | v. | |
| -01 | James Schollenberger | Michelle Law |
| | | |
| 22-03074-CR-S-MDH | United States | Jessica Eatmon |
| | v. | |
| -01 | Robert Jason Smith | Brady Wimer |
| -02 | Michael R. Goodwin | David Back |
| -03 | Evelyn J. Dame | Russ Dempsey |
| -04 | Terry M. Schenks | Don Cooley |
| -05 | Randy L. Johns | Bryan Delleville |
| -06 | Jill M. Matthew | Adam Woody |

| | | |
|---|---|---|
| 23-03057-CR-S-MDH | United States | Jessica Eatmon |
| | v. | |
| -01 | Phillip Jeffrey Rogers | Josh Roberts |
| | | |
| 22-05037-CR-SW-RK | United States | Tony Brown |
| | v. | |
| -01 | Brenton Ross | James Hayes |
| | | |
| 23-03054-CR-S-MDH | United States | Casey Clark |
| | v. | |
| -01 | Hernandez I. Hudson | Ben Stringer |
| | | |
| 23-05024-CR-SW-BP | United States | Casey Clark |
| | v. | |
| -01 | Jose Navarrete-Hernandez | Steven Berry |
| | | |
| 23-03050-CR-S-MDH | United States | Casey Clark |
| | v. | |
| -01 | Cody J. Martin | Stacie Bilyeu |
| | | |
| 22-03132-CR-S-BCW | United States | Stephanie Wan |
| | v. | |
| -02 | Russell Lee Deck, Jr. | Russ Dempsey |

| | | | |
|---|---|---|---|
| 22-03117-CR-S-BCW | | United States | Stephanie Wan |
| | | v. | |
| | -02 | Russell Lee Deck, Jr. | Russ Dempsey |
| | | | |
| 22-05019-CR-SW-MDH | | United States | Jessica Eatmon |
| | | v. | |
| | -01 | Juan Alvarado-Alvarado | Russ Dempsey |
| | -02 | Jesus Alfredo Sanchez | James Hayes |
| | | | |
| 23-05032-CR-SW-RK | | United States | Stephanie Wan |
| | | v. | |
| | -01 | Joshua Brent Williams | Megan Chalifoux |
| | | | |
| 23-03084-CR-S-BP | | United States | Ami Miller |
| | | v. | |
| | -01 | James Allen Grimes | Megan Chalifoux |
| | | | |
| 23-03089-CR-S-BP | | United States | Stephanie Wan |
| | | v. | |
| | -01 | Joseph Archer, III | Megan Chalifoux |
| | | | |
| 23-05028-CR-SW-RK | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Jimmy Lee Overton | Ian Lewis |

| | | |
|---|---|---|
| 23-03090-CR-S-SRB | United States | Stephanie Wan |
| | v. | |
| -01 | Antwuan Lavell Looney, Sr. | Stuart Huffman |
| | | |
| 22-03010-CR-S-MDH | United States | Jim Kelleher |
| | v. | |
| -01 | Oliver Blount | Brady Musgrave |
| | | |
| 23-03052-CR-S-MDH | United States | Jessica Eatmon |
| | v. | |
| -01 | Dirk J. Bedlion | Megan Chalifoux |
| | | |
| 23-03031-CR-S-MDH | United States | Casey Clark |
| | v. | |
| -01 | Phillip Alton | Branden Twibell |
| | | |
| 22-03080-CR-S-BP | United States | Stephanie Wan |
| | v. | |
| -01 | Angela Kinyon | Paul Duchscherer |
| | | |
| 22-03082-CR-S-RK | United States | Stephanie Wan |
| | v. | |
| -01 | Robert Chad Walkup | Paul Duchscherer |

| | | | |
|---|---|---|---|
| 23-03004-CR-S-SRB | | United States | Stephanie Wan |
| | | v. | |
| | -01 | Ezekiel Josiah King | Josh Roberts |
| | | | |
| 23-05026-CR-SW-BCW | | United States | Patrick Carney |
| | | v. | |
| | -01 | Lori G. Schaeffer | Kristin Jones |
| | | | |
| 22-03140-CR-S-BP | | United States | Cameron Beaver |
| | | v. | |
| | -01 | Michelle Schaedel | Alison Hersherwe |
| | -02 | Heath T. Huntoon | Abe McGull |
| | | | |
| 22-03142-CR-S-SRB | | United States | Cameron Beaver |
| | | v. | |
| | -01 | Rafael Solis | Marshall Miller |
| | | | |
| 23-03095-CR-S-BCW | | United States | Mike Oliver |
| | | v. | |
| | -01 | Corey Lee Williams | Brian Risley |
| | | | |
| 23-03096-CR-S-MDH | | United States | Mike Oliver |
| | | v. | |
| | -01 | Shannon Dale Wells | Darryl Johnson |

| | | |
|---|---|---|
| 23-03027-CR-S-BP | United States | Cameron Beaver |
| | v. | |
| -01 | Adam Leslie Moore | Kristin Jones |
| -02 | Nathaniel Thompson | Abe McGull |
| -03 | David Jackson | Russ Dempsey |
| -04 | Jeremiah Block | James Hayes |
| | | |
| 22-03134-CR-S-MDH | United States | Jim Kelleher |
| | v. | |
| -01 | Ariell Williams | Shane Cantin |
| -02 | David Edward Williams | Ian Lewis |
| | | |
| 22-03058-CR-S-BCW | United States | Stephanie Wan |
| | v. | |
| -01 | John Anthony Carpenter | Brady Musgrave |
| | | |
| 22-03145-CR-S-RK | United States | Stephanie Wan |
| | v. | |
| -01 | Harold Lloyd Blair, Jr. | Brady Musgrave |
| | | |
| 22-05030-CR-SW-MDH | United States | Cameron Beaver |
| | v. | |
| -01 | Shaeffer Bland Johnson | Steven Berry |

| | | |
|---|---|---|
| 23-03104-CR-S-BCW | United States | Jim Kelleher |
| | v. | |
| -01 | Justin Richmond | Dakota Paris |
| | | |
| 22-03139-CR-S-BCW | United States | Cameron Beaver |
| | v. | |
| -01 | Jiar Young | Jason Coatney |
| -02 | Kristin J. Lovelady | Kristin Jones |
| | | |
| 23-03028-CR-S-MDH | United States | Cameron Beaver |
| | v. | |
| -01 | Mark A. Robinson | Don Cooley |
| | | |
| 22-03131-CR-S-BP | United States | Patrick Carney |
| | v. | |
| -01 | David L. Carter | Mark Hammer |
| | | |
| 21-03134-CR-S-MDH | United States | Jessica Eatmon |
| | v. | |
| -01 | Jimmy Clyde Timberlake | Austin Knoblock |
| | | |
| 23-03136-CR-S-BCW | United States | Cameron Beaver |
| | v. | |
| -01 | Jarvis Stevens | Gary Wilson |

/s/ David P. Rush
DAVID P. RUSH
UNITED STATES CHIEF MAGISTRATE JUDGE

Date: December 18, 2023