IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 23-3031-01-CR-S-MDH |
| | ) | |
| PHILLIP J. D. ALTON, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S SENTENCING MEMORANDUM

COMES NOW Defendant, Phillip Alton, by and through counsel, and respectfully sets forth the following suggestions for the Court's consideration of a sentence substantially below the United States Sentencing Guidelines range of punishment.

## I. INTRODUCTION

The guideline imprisonment range for this case, as stated in the Presentence Investigation Report (PSR), on page 10, paragraph 56, is 30 months to 37 months.

However, a consideration of all relevant factors in 18 U.S.C. § 3553(a), including Phillip Altons's actions in this case, demonstrate that a sentence far below the guideline range of imprisonment is sufficient, but not greater than necessary.

Because of the factors outlined within this memorandum, counsel asks this Court to impose a sentence of probation.

## II. SUGGESTIONS

**1. 18 U.S.C. Section 3553(a)(1): Offense and Offender characteristics:**

Mr. Phillip Alton (Phillip), who is 53-years-old, entered a plea of guilty on February 25, 2025, to the offense of unlawfully selling firearm receivers.

Please see Defendant's Exhibits 'A' through 'D' for additional history and character information about Phillip.

**2. 18 U.S.C §3553(a)(2)(A): Sentence to Reflect the Seriousness of the Offense, to Promote Respect for the Law, and to Provide Just Punishment:**

Phillip Alton has no criminal history and has never been through the criminal justice system until this case.

He will now be a convicted felon and faces continued supervision and possible time in custody.

Thus, these factors reflect the seriousness of the crime in this case, promote respect for the law, and provide just punishment.

**3. 18 U.S.C. §3553(a)(2)(B): Sentence to Afford Adequate Deterrence to Criminal Conduct:**

The above-stated consequences are adequate to deter others who may not be aware of the serious criminal penalties for engaging in this type of criminal conduct.

**4. 18 U.S.C §3553(a)(2)(C): Sentence to Protect the Public from Further Crimes of the Defendant:**

There are no specific victims in this case. However, Phillip understands there are always collateral victims in any case where the law is broken. This community, and

other communities, may benefit from him continuing to be supervised by probation and parole.

**5. 18 U.S.C. §3553(a)(2)(D): Sentence to Provide Training, Medical Care, or Other Treatment Most Effectively:**

Phillp may benefit from continued vocational training. Resources for this are available within the community.

**6. 18 U.S.C. §3553(a)(3): Kinds of Sentences Available:**

He is statutorily required to serve a maximum of five years in prison, a maximum of three years of supervised release, and a $100.00 mandatory special assessment fee. A fine of no more than $250,000 may be imposed.

**7. 18 U.S.C. §3553(a)(4): United States Sentencing Guidelines:**

As calculated by the Probation Office, Phillp's total offense level is 19. He has zero criminal history points, placing him in criminal history category I. The guideline range of imprisonment for offense level 19 and criminal history I is 30 months to 37 months.

**8. 18 U.S.C. §3553(a)(5): Pertinent Policy Statement:**

There does not appear to be any relevant policy statements of the Sentencing Commission that should be considered by the Court.

**9. 18 U.S.C. §3553(a)(6): Disparity Between Defendants:**

Disparity between similarly situated defendants should be considered.

**10. 18 U.S.C. §3553(a)(7): Restitution:**

Restitution is not an issue in this case.

Thus, because of the above-stated factors, a sentence substantially below the guideline imprisonment range is sufficient, but not greater than necessary, to achieve justice.

### III. CONCLUSION

WHEREFORE, Defendant, Phillip Alton, respectfully requests that this Court consider the above Suggestions and order a sentence of probation.

Respectfully submitted,

/s/ *Branden Twibell*

_____
Branden Twibell, Mo Bar No. 61477
*Attorney for Defendant*
901 E. St. Louis St.
Suite 1600
Springfield, MO 65806
Phone: (417) 862-1741
Fax: (417) 862-4044
E-Mail: Branden@TwibellPierson.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November, 2025, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the Assistant United States Attorney, Springfield, Missouri, and all other counsel of record.

/s/ *Branden Twibell*

_____
Branden Twibell, Mo Bar No. 61477
*Attorney for Defendant*
901 E. St. Louis St.
Suite 1600
Springfield, MO 65806
Phone: (417) 862-1741
Fax: (417) 862-4044
E-Mail: Branden@TwibellPierson.com