

November 4, 2025

Your Honor,

      My name is Wyatt Alton. I am Phillip Alton's son. For the past 26 years, he's been a loving, caring, hardworking and disciplined man.
One of my favorite things to do with him are going out to eat with him whether it's breakfast, lunch, or dinner. Another is watching movies or TV shows with him. Just being around, him is really great in general. I also would like to mention that he also helps my mother and stepfather take care of my older brother, Weston, from time to time.
As for the impending charges against him, he has taken this specific charge(s) very seriously. I do not believe that he meant to do this nor break any law in any matter. I would like to ask you to consider leniency. Whatever the outcome may be, he will graciously accept the consequences. It's in his good nature.

                              Sincerely,
                              Wyatt L Alton



Valarie Hayes

417-380-2765

400 Sunset Drive

Lebanon, MO 65536

Valariehayes5@gmail.com

Your Honor,

My name is Valarie Hayes. I am Phillip Alton's ex-wife. I have known Phillip for 33 years. I was married to him for 14 of those years. I know Phillip is a good father, kindhearted, a hard worker, a good person, and cares very deeply about family and friends. We remained friends even through a divorce. Phillip has continued to remain close to my family although I am remarried and have more children. In fact, we recently all spent a day together cutting firewood, enjoying dinner, and had a bonfire afterwards. We have done things like that for years. We have managed to co-parent our two autistic sons together and we share guardianship of our oldest adult child. I know we will continue to have a good friendship and a continuing relationship for our boys.

I also realize Phillip has made a mistake and I sincerely believe there was no ill intent. I know he feels bad about what has happened and has done his best to make things right. I think Phillip learned a lot from this experience and will do his best to continue to live in a positive way.

I ask respectfully that you please consider leniency when making your decision. I know that having their father absent will really have a negative impact on our boys, especially Wyatt who is very close to his dad. Phillip is a big part of our lives. It weighs heavy on our family.

Thank you for taking the time to read and consider this.


Sincerely,

Valarie Hayes



Your Honor,

This letter is in regards to Phillip Alton, who is my wife's ex-husband. Normally people might believe that there would be a lot of friction in that relationship, however Phillip and I have become friends which is now going on for about 15 years. I have been around his two boys during these 15 years, and we have co-parented without having any disagreements. He had also become somewhat of an "uncle" to our 9-year-old son. In the time I have known Phillip I would say that he is an ethical and moral human being. That is why I can tell you in recent conversations with Phillip, he realizes that he has made a terrible error in judgement which has gotten him into this situation he's in now. It is my belief that he understands the severity of the charges and truly regrets his actions that have put him in this position. I would ask that you consider this when making your judgment.


Respectfully,

Bill Hayes

 **Branden Twibell** <branden@twibellpierson.com>

**DEFENDANT'S EXHIBIT D**

## Phillip Alton Letter of Recommendation
2 messages

**andpatalt** <andpatalt@proton.me>                                          Sat, Sep 27, 2025 at 3:24 PM
To: "Branden@TwibellPierson.com" <Branden@twibellpierson.com>

Your Honor,

    My name is Andrew Alton. I am Phillip's younger brother. I've known him all my life and I'm happy to write this letter of recommendation for him. I want to let you know that I think Phillip has a fine character and is a good citizen. He's always followed the laws and has worked within the lawful confines of normal society. I think before the incident of which he has plead guilty he had only a traffic ticket on his record. He is not a violent individual nor does he have a dubious character. He's a father of two sons with special needs and is the primary caregiver of our mother who currently resides in a Branson nursing home.

    I would likely to quickly touch on his background. Please note that whatever I say is with the utmost respect to your office and your profession as a judge. I'm not trying to make excuses for Phillip in his incident with the ATF, but think it would be helpful if I divulged his history. Ever since he was 18 or so, Phillip's weekend hobby was checking out local gun shows. I think at first it was a social event for him, hanging out with other guys sharing a like interest. He began setting up a table to sell ammo and cleaning goods. Somewhere along the way, he noticed others selling firearms and firearm accessories and decided that he could do the same. There was invariably law enforcement agents at these events, and they seemed to appear okay with the sale of firearms and firearm accessories. Phillip told me multiple times that if he was doing something against the law that surely these law enforcement agents would let him know and warn him off. That was not the case, however.

    Phillip was most helpful when finally contacted by the ATF. He didn't try to flee apprehension or do anything evasive. Once again, he thought it was just a misunderstanding and that it would be cleared up after some conversation. He even surrendered items missed by ATF in their search warrant. With his lawyer, he aided the ATF by answering all of their questions truthfully and withholding nothing. I can tell you personally Phillip felt EXTREME REMORSE over his infraction. He cried one night when he and I were talking about his case, asking if I thought God would forgive him if anyone had been injured or hurt over his mistake of selling firearm parts. It's not been an easy 3 years for him; he' s been on pins and needles with anxiety for what his future holds.

    I ask for mercy along with justice to be granted him. Phillip has no interest in continuing further crimes. He just wants to live a normal life, work a decent job and continue helping his family as he has in the past. He doesn't drink, smoke, or do any kind of drugs. All he does is work and pay taxes. If you grant him probation, that would surely free up a much needed bed and resources for someone who truly belongs is prison, like a violent or multiple offender.

    Once this case is decided, I can assure you will never see his name on another docket. Phillip is just a normal, average guy who got in over his head and made a costly mistake he has acknowledged and taken responsibility. He plead guilty and didn't waste the court's time and money on a trial. Please keep these thoughts in mind when you make your judgement. Thank you for your time.

Andrew Alton

Sent with Proton Mail secure email.

---

**Branden Twibell** <branden@twibellpierson.com>                              Thu, Oct 2, 2025 at 10:16 AM
To: andpatalt <andpatalt@proton.me>

Received- thank you.

Sincerely,

Case 6:23-cr-03031-MDH    Document 42-1    Filed 11/06/25    Page 4 of 4