*IN THE UNITED STATES DISTRICT COURT FOR THE*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

MINUTE SHEET

**UNITED STATES OF AMERICA**          Date: November 13, 2025

vs.          Case No. 23-3031-01-CR-S-MDH

**PHILLIP ALTON**

**Honorable Douglas Harpool, presiding at Springfield, Missouri**

**Nature of Hearing: Sentencing**

**Time Commenced: 9:28 a.m.**          **Time Terminated: 10:05 a.m.**

APPEARANCES

**Plaintiff: Casey Clark, AUSA**          **Defendant: Branden Twibell**

**Proceedings: Parties appear as indicated, dft in person. No objections to the PSI. Dft accorded allocution. SENTENCE: Dft is placed on PROBATION for 5 years on Count 1 of the Indictment. Special conditions of probation imposed as listed in the PSI and performing 160 hours of community service within the first 24 months of probation. Fine imposed in the amount of $14,000. $100 MPA. Dft advised of right to appeal.**

**COURTROOM DEPUTY: Linda Howard**
**COURT REPORTER: Jeannine Rankin**
**USPPTS: Carrie Green**