IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PHILLIP J.D. ALTON, <br><br> Defendant. | Case No. 23-03031-01-CR-S-MDH |

## MOTION FOR ORDER FOR TURNOVER

The United States of America hereby requests that this Court enter an Order directing the United States Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") to deliver to the Clerk of the United States District Court, funds seized from the defendant, Phillip Alton, to be applied toward the defendant's fine balance. In support of this motion, the United States states as follows:

1. On February 25, 2025, the defendant entered into a plea agreement in this case. ECF No. 33. The agreement stated that "the defendant agrees that he has the ability to pay a fine in the amount of $14,000." *Id.* at p. 10.

2. On November 13, 2025, this Court sentenced the defendant to 5 years supervised probation. ECF No. 45. This Court also ordered the defendant to pay a special assessment in the amount of $100.00 and a fine in the amount of $14,000.00. The judgment provided that the special assessment and fine were due immediately.

3. As of January 27, 2026, no payments have been received from the defendant.

4. ATF is currently in possession of the $23,549.00 that was seized from the defendant on or about February 14, 2023.

5. Title 18, United States Codes, Section 3572(d) provides that "a person sentenced to pay a fine or other monetary penalty, including restitution, shall make such payment immediately, unless in the interest of justice, the court provides for payment on a date certain or in installments."

WHEREFORE, the United States requests that this Court enter an Order directing ATF to turnover to the Clerk of the United States District Court the seized currency in the amount of $14,100.00, in satisfaction of the defendant's fine balance.

Respectfully submitted,

R. Matthew Price
United States Attorney

By

*/s/ Anthony Brown*
Anthony Brown
Assistant United States Attorney
The Hammons Tower
901 East St. Louis Street
Suite 500
Springfield, Missouri 65806
Telephone: (816) 426-7166

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of January 2025, a true and correct copy of the foregoing document was filed with the Court using the Court's CM/ECF system and was served upon on the following non-ECF participant via U.S. Mail, redacted herein pursuant to Fed. R. Crim. P. 49.1(a)(5), upon the following:

      Phillip J.D. Alton
      Belton, MO 64012

                                      */s/ Anthony Brown*
                                      Anthony Brown
                                      Assistant United States Attorney

3

Case 6:23-cr-03031-MDH    Document 49    Filed 01/27/26    Page 3 of 3