IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PHILLIP J.D. ALTON,<br><br>　　　　　　Defendant. | Case No. 23-03031-01-CR-S-MDH |

## O R D E R

Before the Court is a motion for order for turnover. (Doc. 49). The United States moves the Court to enter an Order directing the United States Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") to deliver to the Clerk of the United States District Court funds seized from Defendant to be applied toward the Defendant's fine balance and special assessment,

WHEREFORE, after a review of the record before it, the Court **GRANTS** the motion and **IT IS ORDERED** that the ATF convey and remit to the Clerk of the United States District Court for the Western District of Missouri the sum of $14,100.00 in United States currency lawfully seized from Phillip Alton, and which is in the possession of the ATF, in satisfaction of the fine and special assessment imposed by the criminal judgment in this matter.

The payment should be made payable to the "Clerk of the Court" and forwarded to United States District Court Clerk, Charles Evans Whittaker Courthouse, 400 E 9th Street, Room 1510 Kansas City, MO 64106. The defendant's name and Case No. 23-03031-01-CR-S-MDH shall be written on the check.

**IT IS SO ORDERED.**

Date: February 17, 2026

                                                    /s/ Douglas Harpool
                                            **DOUGLAS HARPOOL**
                                            **UNITED STATES DISTRICT JUDGE**